# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-1924
LT Case No. 2021-CF-000281

———————————————

CHRISTOPHER STEVEN LUTGENS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant
Public Defender, Daytona Beach, for Appellant.

Christopher Steven Lutgens, Mayo, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

November 8, 2024

HARRIS, J.

    We affirm Christopher Lutgens' convictions for attempted
manslaughter and aggravated assault. However, we quash the
court's restitution order because it was entered after Lutgens filed

his notice of appeal, divesting the trial court of jurisdiction to enter such order. *See Virgil v. State*, 894 So. 2d 1053 (Fla. 5th DCA 2005). This ruling is without prejudice for the trial court to conduct a proper restitution hearing. *See Queen v. State*, 832 So. 2d 956 (Fla. 5th DCA 2002).

CONVICTIONS AFFIRMED; RESTITUTION ORDER QUASHED; REMANDED.

SOUD and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____